UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

      **Plaintiff,**

v.                                     Case No. 8:09-CV-2460-T-27EAJ

FRANK DAGOSTINO, et al.,

      **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** are Plaintiff's Motions for Partial Default Judgment Against Frank Dagostino, Robert Lyons, and Jody Simon (Dkts. 16, 17, 18).

The Orde (Dkt. 15) granting Plaintiff's Renewed Request for Entry of Default against the Defendants directed: "Plaintiff's motion for default judgment shall demonstrate as a matter of law and fact that this Court has subject matter jurisdiction over this matter." The instant motions do not demonstrate subject matter jurisdiction, although it appears the parties may be diverse and the amount in controversy exceeds the jurisdictional threshold for diversity actions. Plaintiff's Motions for Partial Default Judgment (Dkts. 16, 17, 18) are accordingly **DENIED without prejudice.**

**DONE and ORDERED** this 9th day of November, 2010.

                                                JAMES D. WHITTEMORE
                                                **United States District Judge**

Copies to: Counsel of Record