UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

    Plaintiff,

vs.

FRANK DAGOSTINO; ROBERT LYONS;
PATRICK SHEPPARD; and JODY SIMON,

    Defendants.

Case No. 8:09-cv-02460-JDW-WAJ

_____/

## PARTIAL DEFAULT JUDGMENT AGAINST JODY SIMON

This action was brought before this Court pursuant to the renewed motion of the plaintiff, Donald J. Trump, for the entry of a partial default judgment against defendant, Jody Simon (Dkt. 20). A hearing on the motion was conducted June 30, 2011, and the Court entered its Order granting the motion on July 1, 2011 (Dkt. 22). Accordingly,

IT IS ORDERED AND ADJUDGED that Donald J. Trump shall recover from Jody Simon, the sum of **$85,649.11**, which amount shall bear interest in accordance with 28 USC § 1961 from the date of the entry of this judgment, and for which sums let execution issue. The Court shall retain jurisdiction for all matters related to enforcement of this judgment.

The address of the plaintiff is Donald J. Trump, c/o Alan Garten, Assistant General Counsel, 725 Fifth Avenue, New York, NY 10022.

DONE AND ORDERED at Tampa, Florida, this 8th day of August, 2011.

_____
JAMES D. WHITTEMORE
United States District Judge

TAMP_1965767.1